UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          No: 3:07-CR-113
                                         )          (JORDAN/GUYTON)
RON SEIBER,                              )
                                         )
                    Defendant.           )


## MEMORANDUM AND ORDER

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C.

§ 636(b) for disposition or report and recommendation regarding disposition by the District Court

as may be appropriate. This criminal action is before the Court on Defendant Seiber's Motion to

Withdraw Documents [Doc. 68]. Defendant moves the Court to grant him leave to withdraw all of

Defendant Seiber's pending motions. The Court finds Defendant Seiber's motion [Doc. 68] to be

well-taken and the same is hereby **GRANTED**. Accordingly, Defendant Seiber's Motion for Bill

of Particulars [Doc. 56] and Motion to Compel [Doc. 59] are hereby **DENIED as moot**.

**IT IS SO ORDERED.**


                              **ENTER:**


                              _____s/ H. Bruce Guyton_____
                              United States Magistrate Judge